# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Case Number: 6:20-cv-01266-GAP-LRH

| | |
|---|---|
| Ner N. Otero-Vazquez, | : |
| Plaintiff, | : |
| v. | : |
| Santander Consumer USA, Inc., | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Ner N. Otero-Vazquez ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 20, 2020

                                                Respectfully submitted,

                                                By /s/ Matthew Fornaro

                                                Matthew Fornaro, Esq.
                                                Florida Bar No. 0650641
                                                Matthew Fornaro, P.A.
                                                11555 Heron Bay Boulevard, Suite 200
                                                Coral Springs, FL 33076
                                                Telephone: (954) 324-3651
                                                Facsimile: (954) 248-2099
                                                E-mail: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Matthew Fornaro

                                                   Matthew Fornaro